UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

Fleet and Farm of Green Bay, Inc.,           Case No. 1:13-cv-01013
d/b/a Mills Fleet Farm,

          Plaintiff,

          v.           **PLAINTIFF'S RULE 7.1
                                            DISCLOSURE STATEMENT**

United Fire & Casualty Company,

          Defendant.

---

       Plaintiff Fleet and Farm of Green Bay, Inc., d/b/a Mills Fleet Farm, through its undersigned counsel, makes the following disclosure pursuant to Local Rule 7.1(a):

       1) The full name of every party represented in this action by Larkin Hoffman Daly & Lindgren Ltd.:

            Fleet and Farm of Green Bay, Inc., d/b/a Mills Fleet Farm

       2) Fleet and Farm of Green Bay, Inc., d/b/a Mills Fleet Farm has no parent corporation or publically held corporation owning 10% or more of its stock.

       3) Larkin Hoffman Daly & Lindgren Ltd. is the only law firm whose attorneys will appear, or are expected to appear, for Fleet and Farm of Green Bay, Inc., d/b/a Mills Fleet Farm in this Court.

Dated: September 23, 2013                  *s/Lauris A. Heyerdahl*
                                                         Lauris A. Heyerdahl
                                                         Larkin Hoffman Daly & Lindgren Ltd.
                                                         1500 Wells Fargo Plaza
                                                         7900 Xerxes Avenue South
                                                         Minneapolis, Minnesota 55431-1194
                                                         (952) 835-3800

                                                         Attorneys for Plaintiff Fleet and Farm of
                                                         Green Bay, Inc., d/b/a Mills Fleet Farm